SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>DIVP Hospitality Vallejo, LLC,<br><br>        Defendants | Case No. **2:11-cv-02933-WBS-KJN**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the status conference shall be continued to **June 25, 2012 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **June 11, 2012**.

Date:   March 1, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-02933-WBS-KJN - 1