SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02933-WBS-KJN** |
|         Plaintiff, | ) **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
|     vs. | ) |
| DIVP Hospitality Vallejo, LLC, | ) |
|         Defendants | ) |

   IT IS HEREBY ORDERED THAT the status conference shall be continued to **June 25, 2012 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **June 11, 2012**.

                              Date:   March 1, 2012

                              *[signature]*
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE